# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

In re:  RICHARD EUGENE BUSSELL
       SARAH JEAN BUSSELL

                              Case No.: 16-42446-can-13

**Debtors**

## NOTICE ALLOWING/DISALLOWING CLAIMS

COMES NOW, Richard V. Fink, the Chapter 13 Trustee, pursuant to Local Rule 3085-1 of the Western District of Missouri, and Rule 3001 (f) of the Federal Rules of Bankruptcy Procedure, and moves to have these claims allowed as set out below or disallowed as not filed, unless an objection to the claim is filed and the Court enters an Order which provides for different treatment.

| | | |
|---|---|---|
| BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | **Court Claim No.:** 12<br>**Trustee Claim No.:** 19<br>**Amount of Claim:** $508.06<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 8008<br>**Interest Rate:** N/A<br>**Balance Owed:** TBD<br>**% to be Paid:** TBD |
| CAPITAL ONE BANK USA NA<br>BY AMERICAN INFOSOURCE<br>LP AS AGENT<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | **Court Claim No.:** 8<br>**Trustee Claim No.:** 2<br>**Amount of Claim:** $2,903.81<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 0905<br>**Interest Rate:** N/A<br>**Balance Owed:** TBD<br>**% to be Paid:** TBD |
| CAPITAL ONE BANK USA NA<br>BY AMERICAN INFOSOURCE<br>LP AS AGENT<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | **Court Claim No.:** 7<br>**Trustee Claim No.:** 3<br>**Amount of Claim:** $647.73<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 4187<br>**Interest Rate:** N/A<br>**Balance Owed:** TBD<br>**% to be Paid:** TBD |
| CAPITAL ONE BANK USA NA<br>BY AMERICAN INFOSOURCE<br>LP AS AGENT<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | **Court Claim No.:** 5<br>**Trustee Claim No.:** 41<br>**Amount of Claim:** $606.39<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 1817<br>**Interest Rate:** N/A<br>**Balance Owed:** TBD<br>**% to be Paid:** TBD |

| Creditor | Claim Info | Account Info |
|---|---|---|
| CAPITAL ONE BANK USA NA BY AMERICAN INFOSOURCE LP AS AGENT<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Court Claim No.: 6<br>Trustee Claim No.: 42<br>Amount of Claim: $6,105.38<br>Monthly Payment: N/A<br>Claim Type: General Unsecured | Account Number: 0416<br>Interest Rate: N/A<br>Balance Owed: TBD<br>% to be Paid: TBD |
| CASH 2 GO<br>108 HARVEST DR<br>LOUISBURG, KS 66053 | Court Claim No.: N/A<br>Trustee Claim No.: 4<br>Amount of Claim: N/A<br>Monthly Payment: N/A<br>Claim Type: General Unsecured | Account Number:<br>Interest Rate: N/A<br>Balance Owed: N/A<br>% to be Paid: N/A |
| CASS REGIONAL MEDICAL CENTER<br>PO BOX 803869<br>KANSAS CITY, MO 64180 | Court Claim No.: N/A<br>Trustee Claim No.: 5<br>Amount of Claim: N/A<br>Monthly Payment: N/A<br>Claim Type: General Unsecured | Account Number:<br>Interest Rate: N/A<br>Balance Owed: N/A<br>% to be Paid: N/A |
| COMENITY CAPITAL BANK PAYPAL CREDIT/ C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124-3978 | Court Claim No.: 17<br>Trustee Claim No.: 26<br>Amount of Claim: $1,348.11<br>Monthly Payment: N/A<br>Claim Type: General Unsecured | Account Number:<br>Interest Rate: N/A<br>Balance Owed: TBD<br>% to be Paid: TBD |
| CONVERGENT OUTSOUCING INC<br>PO BOX 9004<br>RENTON, WA 98057 | Court Claim No.: N/A<br>Trustee Claim No.: 6<br>Amount of Claim: N/A<br>Monthly Payment: N/A<br>Claim Type: General Unsecured | Account Number: 2391<br>Interest Rate: N/A<br>Balance Owed: N/A<br>% to be Paid: N/A |
| CREDIT FIRST/CFNA BK13 CREDIT OPERATIONS<br>PO BOX 818011<br>CLEVELAND, OH 44181 | Court Claim No.: 9<br>Trustee Claim No.: 7<br>Amount of Claim: $749.33<br>Monthly Payment: N/A<br>Claim Type: General Unsecured | Account Number: 1582<br>Interest Rate: N/A<br>Balance Owed: TBD<br>% to be Paid: TBD |

| Creditor | Claim Info | Account Info |
|---|---|---|
| CREDIT SOLUTIONS LLC<br>2277 THUNDERSTICK DR<br>STE 400<br>LEXINGTON, KY 40505 | **Court Claim No.:** N/A<br>**Trustee Claim No.:** 9<br>**Amount of Claim:** N/A<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 0804<br>**Interest Rate:** N/A<br>**Balance Owed:** N/A<br>**% to be Paid:** N/A |
| DISH NETWORK<br>9601 S MERIDIAN BLVD<br>ENGLEWOOD, CO 80112 | **Court Claim No.:** N/A<br>**Trustee Claim No.:** 10<br>**Amount of Claim:** N/A<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:**<br>**Interest Rate:** N/A<br>**Balance Owed:** N/A<br>**% to be Paid:** N/A |
| FAIRPOINT COMMUNICATIONS<br>14500 BLUEJACKET ST<br>OVERLAND PARK, KS 66221 | **Court Claim No.:** N/A<br>**Trustee Claim No.:** 11<br>**Amount of Claim:** N/A<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:**<br>**Interest Rate:** N/A<br>**Balance Owed:** N/A<br>**% to be Paid:** N/A |
| GC SERVICES<br>ATTN BANKRUPTCY<br>6330 GULFTON ST<br>HOUSTON, TX 77081 | **Court Claim No.:** N/A<br>**Trustee Claim No.:** 12<br>**Amount of Claim:** N/A<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 4766<br>**Interest Rate:** N/A<br>**Balance Owed:** N/A<br>**% to be Paid:** N/A |
| GREAT PLAINS SPECIALTY FIN<br>5155 FINANCIAL WAY<br>MASON, OH 45040 | **Court Claim No.:** N/A<br>**Trustee Claim No.:** 13<br>**Amount of Claim:** N/A<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:**<br>**Interest Rate:** N/A<br>**Balance Owed:** N/A<br>**% to be Paid:** N/A |
| HARLEY DAVIDSON CREDIT CORP<br>DEPT 15129<br>PALATINE, IL 60055-5129 | **Court Claim No.:** 4<br>**Trustee Claim No.:** 14<br>**Amount of Claim:** $6,824.08<br>**Monthly Payment:** N/A<br>**Claim Type:** Surrender In Lieu Of Entire Debt | **Account Number:** 2537<br>**Interest Rate:** N/A<br>**Balance Owed:** $0.00<br>**% to be Paid:** 0.000%<br>**Special Remarks:** Surrendered |

| Creditor | Claim Info | Account Info |
|---|---|---|
| HUGHES NETWORK SYSTEMS<br>11717 EXPLORATION LN<br>GERMANTOWN, MD 20876 | **Court Claim No.:** N/A<br>**Trustee Claim No.:** 15<br>**Amount of Claim:** N/A<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:**<br>**Interest Rate:** N/A<br>**Balance Owed:** N/A<br>**% to be Paid:** N/A |
| KANSAS COUNSELORS INC<br>PO BOX 14765<br>SHAWNEE MISSION, KS 66285 | **Court Claim No.:** N/A<br>**Trustee Claim No.:** 39<br>**Amount of Claim:** N/A<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 0706<br>**Interest Rate:** N/A<br>**Balance Owed:** N/A<br>**% to be Paid:** N/A |
| KANSAS COUNSELORS OF KANSAS<br>8725 ROSEHILL RD STE 415<br>LENEXA, KS 66215 | **Court Claim No.:** N/A<br>**Trustee Claim No.:** 17<br>**Amount of Claim:** N/A<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 5387<br>**Interest Rate:** N/A<br>**Balance Owed:** N/A<br>**% to be Paid:** N/A |
| LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | **Court Claim No.:** 14<br>**Trustee Claim No.:** 8<br>**Amount of Claim:** $888.04<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 9432<br>**Interest Rate:** N/A<br>**Balance Owed:** TBD<br>**% to be Paid:** TBD |
| METABANK<br>6250 RIDGEWOOD RD<br>SAINT CLOUD, MN 56303 | **Court Claim No.:** N/A<br>**Trustee Claim No.:** 20<br>**Amount of Claim:** N/A<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:**<br>**Interest Rate:** N/A<br>**Balance Owed:** N/A<br>**% to be Paid:** N/A |
| MIDLAND CREDIT MANAGEMENT<br>PO BOX 939019<br>SAN DIEGO, CA 92193 | **Court Claim No.:** N/A<br>**Trustee Claim No.:** 21<br>**Amount of Claim:** N/A<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:**<br>**Interest Rate:** N/A<br>**Balance Owed:** N/A<br>**% to be Paid:** N/A |

| | | |
|---|---|---|
| MIDLAND FUNDING LLC<br>MIDLAND CREDIT MANAGEMENT INC<br>AS AGENT FOR MIDLAND FUNDING LLC PO BOX 2011<br>WARREN, MI 48090 | **Court Claim No.:** 11<br>**Trustee Claim No.:** 32<br>**Amount of Claim:** $261.19<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 2390<br>**Interest Rate:** N/A<br>**Balance Owed:** TBD<br>**% to be Paid:** TBD |
| MISSOURI DEPARTMENT OF REVENUE<br>PO BOX 475<br>JEFFERSON CITY, MO 65105-0475 | **Court Claim No.:** 19<br>**Trustee Claim No.:** 43<br>**Amount of Claim:** $214.45<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 1582 \| 1385955S<br>**Interest Rate:** N/A<br>**Balance Owed:** TBD<br>**% to be Paid:** TBD |
| MOHELA<br>633 SPIRIT DR<br>CHESTERFIELD, MO 63005 | **Court Claim No.:** N/A<br>**Trustee Claim No.:** 23<br>**Amount of Claim:** N/A<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:**<br>**Interest Rate:** N/A<br>**Balance Owed:** N/A<br>**% to be Paid:** N/A |
| MOORE & ASSOCIATES<br>8730 BOURGADE AVE # 200<br>LENEXA, KS 66219 | **Court Claim No.:** N/A<br>**Trustee Claim No.:** 0<br>**Amount of Claim:** $2,950.00<br>**Monthly Payment:** $55.00<br>**Claim Type:** Attorney Fee | **Account Number:**<br>**Interest Rate:** N/A<br>**Balance Owed:** $2,269.84<br>**% to be Paid:** 100.000% |
| MORTGAGE SERVICE CENTE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 5452<br>MT LAUREL, NJ 08054 | **Court Claim No.:** N/A<br>**Trustee Claim No.:** 24<br>**Amount of Claim:** N/A<br>**Monthly Payment:** N/A<br>**Claim Type:** Mortgage Payment (Pr) | **Account Number:** 8039<br>**Interest Rate:** N/A<br>**Balance Owed:** N/A<br>**% to be Paid:** N/A<br>**Special Remarks:** Direct |
| NEBRASKA FURNITURE MART<br>PO BOX 3000<br>OMAHA, NE 68103 | **Court Claim No.:** 3<br>**Trustee Claim No.:** 25<br>**Amount of Claim:** $940.47<br>**Monthly Payment:** $20.96<br>**Claim Type:** Secured (E) | **Account Number:** 2509<br>**Interest Rate:** 4.3900%<br>**Balance Owed:** $642.44<br>**% to be Paid:** 100.000% |
| NEBRASKA FURNITURE MART<br>PO BOX 3000<br>OMAHA, NE 68103 | **Court Claim No.:** 3<br>**Trustee Claim No.:** 10,025<br>**Amount of Claim:** $212.64<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 2509<br>**Interest Rate:** N/A<br>**Balance Owed:** TBD<br>**% to be Paid:** TBD |

| | | |
|---|---|---|
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 12914<br>NORFOLK, VA 23541 | **Court Claim No.:** 18<br>**Trustee Claim No.:** 1<br>**Amount of Claim:** $3,054.62<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 8322<br>**Interest Rate:** N/A<br>**Balance Owed:** TBD<br>**% to be Paid:** TBD |
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 12914<br>NORFOLK, VA 23541 | **Court Claim No.:** 13<br>**Trustee Claim No.:** 27<br>**Amount of Claim:** $759.57<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 5556<br>**Interest Rate:** N/A<br>**Balance Owed:** TBD<br>**% to be Paid:** TBD |
| PRA RECEIVABLES MANAGEMENT LLC<br>AGENT OF PORTFOLIO RECOVERY ASSOC LLC<br>PO BOX 12914<br>NORFOLK, VA 23541 | **Court Claim No.:** 2<br>**Trustee Claim No.:** 40<br>**Amount of Claim:** $910.00<br>**Monthly Payment:** $70.00<br>**Claim Type:** Surrender In Lieu Of Entire Debt | **Account Number:** 0609<br>**Interest Rate:** N/A<br>**Balance Owed:** $0.00<br>**% to be Paid:** 100.000%<br>**Special Remarks:** Surrendered |
| PROFESSIONAL PLACEMENT<br>272 N 12TH ST<br>MILWAUKEE, WI 53233 | **Court Claim No.:** N/A<br>**Trustee Claim No.:** 28<br>**Amount of Claim:** N/A<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:**<br>**Interest Rate:** N/A<br>**Balance Owed:** N/A<br>**% to be Paid:** N/A |
| RSH & ASSOCIATES<br>PO BOX 14515<br>LENEXA, KS 66285 | **Court Claim No.:** N/A<br>**Trustee Claim No.:** 29<br>**Amount of Claim:** N/A<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 5309<br>**Interest Rate:** N/A<br>**Balance Owed:** N/A<br>**% to be Paid:** N/A |
| SECURITY FINANCE OF MISSOURI LLC<br>DBA SECURITY FINANCE<br>SFC CENTRAL BANKRUPTCY<br>PO BOX 1893<br>SPARTANBURG, SC 29304 | **Court Claim No.:** 10<br>**Trustee Claim No.:** 30<br>**Amount of Claim:** $1,218.46<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 8846<br>**Interest Rate:** N/A<br>**Balance Owed:** TBD<br>**% to be Paid:** TBD |

| | | |
|---|---|---|
| SPRINGLEAF FINANCIAL SERVICES INC<br>SPRINGLEAF<br>PO BOX 3251<br>EVANSVILLE, IN 47731-3251 | **Court Claim No.:** 1<br>**Trustee Claim No.:** 31<br>**Amount of Claim:** $9,613.27<br>**Monthly Payment:** $198.14<br>**Claim Type:** Secured - Vehicle (E) | **Account Number:** 7383<br>**Interest Rate:** 4.3900%<br>**Balance Owed:** $7,062.13<br>**% to be Paid:** 100.000% |
| STATE OF KANSAS DEPARTMENT OF LABOR<br>401 SW TOPEKA BLVD<br>TOPEKA, KS 66603 | **Court Claim No.:** 15<br>**Trustee Claim No.:** 18<br>**Amount of Claim:** $714.58<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 1582<br>**Interest Rate:** N/A<br>**Balance Owed:** TBD<br>**% to be Paid:** TBD |
| T MOBILE<br>PO BOX 790047<br>SAINT LOUIS, MO 63179 | **Court Claim No.:** N/A<br>**Trustee Claim No.:** 33<br>**Amount of Claim:** N/A<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:**<br>**Interest Rate:** N/A<br>**Balance Owed:** N/A<br>**% to be Paid:** N/A |
| UNITED CONSUMER FINANCIAL SERVICES<br>865 BASSETT RD<br>WESTLAKE, OH 44145 | **Court Claim No.:** N/A<br>**Trustee Claim No.:** 35<br>**Amount of Claim:** N/A<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 8982<br>**Interest Rate:** N/A<br>**Balance Owed:** N/A<br>**% to be Paid:** N/A |
| UNITED IMAGING CONSULTANTS<br>5800 FOXRIDGE DR SUITE 240<br>MISSION, KS 66202 | **Court Claim No.:** N/A<br>**Trustee Claim No.:** 36<br>**Amount of Claim:** N/A<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:**<br>**Interest Rate:** N/A<br>**Balance Owed:** N/A<br>**% to be Paid:** N/A |
| USAA SAVINGS BANK<br>C O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124-3978 | **Court Claim No.:** 16<br>**Trustee Claim No.:** 34<br>**Amount of Claim:** $4,465.17<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 7464<br>**Interest Rate:** N/A<br>**Balance Owed:** TBD<br>**% to be Paid:** TBD |

|  |  |
|---|---|
| January 10, 2018 | Respectfully submitted,<br><br>/s/ Richard V. Fink, Trustee<br><br>Richard V. Fink, Trustee<br>2345 Grand Blvd., Ste. 1200<br>Kansas City, MO 64108-2663<br>(816) 842-1031 |

**NOTICE**

**Any response to the above Notice Allowing Claim must be filed within thirty  (30) days of the date of this notice with the Clerk of the United States Bankruptcy Court.** Documents can be filed electronically at http://ecf.mowb.uscourts.gov. A copy of such response shall be served electronically by the Court on the Chapter 13 Trustee and all other parties to the case who have registered for electronic filing. Parties not represented by an attorney may mail a response to the Court at the address below. If a response is timely filed, the Court will either rule the matter based on the pleadings, or set the matter for a hearing. If a hearing is to be held, notice of such hearing will be sent to all parties in interest . For information about electronic filing, go to http://www.mow.uscourts.gov. If you have any questions about this document, contact your attorney .

Court Address: U.S. Bankruptcy Court, 400 E. 9th St., Room 1510, Kansas City, MO 64106

**NOTICE OF SERVICE**

The following parties will be served either electronically or by United States First Class Mail and a certificate of service will be filed thereafter:

DEBTOR(S)
MOORE & ASSOCIATES (376145) - ATTORNEY FOR DEBTOR(S)

                                                                              /s/ Richard V. Fink, Trustee

                                                                              CMA    /Notice - Allow/Disallow Claims